# EXHIBIT 1





April 30, 2018

Calmwater Capital
11755 Wilshire Blvd., Suite 1425
Los Angeles, California 90025
Attention: Eric Jordan

Banyan Cay Development, LLC
2302 Presidential Way
West Palm Beach, Florida 33401
Attention: Domenic J. Gatto, Jr.

      RE:    Banyan Cay Resort (the "Project")

Dear Messrs. Jordan and Gatto:

We have been asked to provide an update as to the status of the equity raise of up to $60 million of EB-5 funds for the Project.

As of the date hereof, there are four (4) investors who are fully funded into escrow, each in the amount of $500,000, for a total amount equal to $2,000,000. An additional four (4) investors are expected to execute subscription agreements and fund their investments within the next sixty (60) days. There are also twelve (12) other investors with whom we are in advanced discussions with regarding their potential investment in the Project. We anticipate that a total of $27 million will be raised before the end of 2018, and an additional $33 million will be raised during 2019. The foregoing projections are based upon our estimates and could be subject to change.

It is our expectation that an initial advance of approximately $5 million of EB-5 funds will be released to the Project before the end of June 2018.

Please feel free to call David Finkelstein at (212) 757-2183 with any questions or concerns.

Sincerely,

Banyan Cay Resort Fund, LLC,
a Florida limited liability company

By:    Banyan Cay Resort
Fund Management, LLC,
a Florida limited liability company,
its Manager

By:
Name: David Finkelstein
Title:   Manager

-2-